UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
-----------------------------------------------------X

UNITED STATES,

-vs-

ROBERT KELLY

Appellant-Defendant.
-----------------------------------------------------X

Docket Nos. 22-1481

**TRANSCRIPT STATUS UPDATE**

Dear Clerk of Court,

Appellant is in receipt of all requested transcripts except one from April 30, 2020. There was no court reporter listed on the docket for the April 30, 2020 date. Undersigned counsel's staff has made contact with the supervisor of the court reporter's office who indicated we would have an update by the end of the day with the court reporter's contact information.

DATED: September 14, 2022

By: _/s/________________________
JENNIFER BONJEAN, ESQ.
*Attorney for Appellant-Defendant Robert Kelly*