# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-1481 and 22-1982

**Caption [use short title]**

**Motion for:** Leave to File an Oversized Opening Brief Consisting of 25,000 Words

Set forth below precise, complete statement of relief sought:

Appellant is seeking an unopposed motion to file an oversized brief consisting of 25,000 words

USA v. Kelly

**MOVING PARTY:** Robert S. Kelly  **OPPOSING PARTY:** _____

☐ Plaintiff   ☐ Defendant
☑ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** Jennifer Bonjean   **OPPOSING ATTORNEY:** _____
[name of attorney, with firm, address, phone number and e-mail]

Bonjean Law Group PLLC
750 Lexington Avenue, 9th Floor, NY, NY 10022
Jennifer@bonjeanlaw.com; 718-875-1850

**Court- Judge/ Agency appealed from:** Eastern District of New York, Judge Ann Donnelly

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date:_____

**Signature of Moving Attorney:**
Jennifer Bonjean   **Date:** 4/18/2023   Service by: ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

```
UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
-------------------------------------------------------X
```

UNITED STATES,                                    Docket Nos.    22-1481
                                                                                  22-1982

     -vs-

ROBERT S. KELLY,

         Defendant.
```
-------------------------------------------------------X
```

**DECLARATION OF JENNIFER BONJEAN IN SUPPORT OF APPELLANT ROBERT KELLY'S UNOPPOSED MOTION TO FILE AN OVERSIZED OPENING BRIEF CONSISTING OF 25,000 WORDS**

JENNIFER BONJEAN, of full age and having been duly sworn according to law, hereby declares the following:

1. I am an attorney licensed to practice law in the State of New York, the United States District Court for the Eastern District of New York and the United States Court of Appeals for the Second Circuit.

2. I am the owner and founder of the Bonjean Law Group, PLLC which is predominantly based in New York at 750 Lexington Avenue, 9th Floor, New York, New York 10022 with a satellite office in Illinois at 53 W. Jackson Blvd, Suite 315, Chicago, Illinois 60604.

3. I submit this declaration in support of Appellant's Motion to File an Oversized Opening Brief Consisting of 25,000 words pursuant to Local Circuit Rule 27.1(e).

4. On March 12, 2020, Defendant Kelly was charged in a third superseding indictment with racketeering in violation of 18 U.S.C. 1962(c) (Count 1); transportation of Jane for the purpose of sexual activity in violation of 18 U.S.C § 2421(a)(Count 2); coercion of Jane for the purpose of illegal sexual activity in violation of 18 U.S.C. § 2422(a) (Count 3); coercion of Jane, as a minor, for the purpose of illegal sexual activity in violation of 18 U.S.C. § 2422(b) (Count 4); transportation of Jane, as a minor, for the purpose of illegal sexual activity in violation of 18 U.S.C. § 2423(a) (Count 5); transportation of Faith for the purpose of illegal sexual activity in

violation of 18 U.S.C. § 2421(a) (Count 6); coercion of Faith for the purpose of illegal sexual activity in violation of 18 U.S.C. § 2422(a) (Count 7); transportation of Faith for the purpose of illegal sexual activity in violation of 18 U.S.C. § 2421(a) (Count 8); and coercion of Faith for the purpose of illegal sexual activity in violation of 18 U.S.C. § 2422(a) (Count 9).

5. On September 27, 2021, the jury convicted Mr. Kelly on all counts and all racketeering acts with the exception of Racketeering Acts 3 and 4.

6. On February 27, 2022, with leave of court, Mr. Kelly filed a 63-page Motion for an Acquittal of Judgment and 22-page Motion for a New Trial. On March 21, 2022, with leave of court, Mr. Kelly filed supplemental motion for a new trial.

7. On June 29, 2022, the District Court denied Defendant Kelly's post-trial motions in a 103-page decision and order.

8. On June 30, 2022, Mr. Kelly was sentenced to 360 months on Count 1, ten years on counts 2,6, and 8, and twenty years on counts 3,4,5,7 and 9 with all counts running concurrently. Judgment was entered against him on that same date.

9. Notice of appeal was timely filed on July 11, 2022.

10. On August 4, 2022, the Government filed a motion seeking an order authorizing the Bureau of Prisons to turn over funds in Mr. Kelly's trust account to the Clerk of the Court. Prior to filing that motion, the Bureau of Prison confiscated all funds, excepting $500, from Mr. Kelly's trust account without a court order, without notice, without filing a lien on the property, without filing a notice of default, and without providing a receipt to Mr. Kelly. Mr. Kelly opposed that motion.

11. On September 9, 2022, District Court Judge Donnelly granted the Government's motion and ordered the Bureau of Prisons to issue a check to the Clerk of the Court for the Eastern District in the amount of $27,828.24, the amount confiscated from Mr. Kelly's trust account.

12. Mr. Kelly timely filed a notice of appeal of that order on September 9, 2022 which

generated appellate court number 22-1982. That appeal was consolidated with Appellate Court No. 22-1481.

13. On September 28, 2022, a restitution hearing was held in the Eastern District of New York.

14. On November 8, 2022, the District Court ordered Mr. Kelly to pay restitution in the amount of $379,649.90.

15. An amended Notice of Appeal was timely filed on November 22, 2023.

16. On December 7, 2022, the District Court entered an amended judgment to reflect the restitution amount.

17. On February 22, 2023, Defendant moved for leave to file an oversized of 19,000 words which was granted on February 24, 2023

18. Defendant now seeks leave to file an oversized brief of 25,000 words. Despite every conceivable effort to limit the brief to 19,000 words, Defendant cannot do so without violating L.R. 28.1(b), without forfeiting important meritorious appellate issues, many of first impression, and without providing an adequate presentation of the issues consistent with the rules of court.

19. The RICO and Mann Act prosecutions of the Defendant was the very first of its kind. The government's theories were novel and raised issues of first impression that take center stage in Defendant's brief on appeal.

20. The trial itself was lengthy consisting of 50 witnesses, some of whom were on the stand for days and the record consists of over 6000 pages of transcripts and thousands of pages of documents contained within the government's exhibits.

21. There was significant pre- and post-trial motion practice that addressed the novel legal theories advanced by the prosecution and even the constitutionality of two statutes. There was significant litigation around the issue of restitution and even a separate matter related to the district court order directing the BOP to turnover Defendant's trust account monies to the Clerk of Court.

22. The district court issued numerous orders (180 pages worth) that are challenged in

Defendant's appeal.

23. In good faith, Defendant believed that 19,000 words would be adequate; it is not. Defendant has raised 10 separate claims - two of which deal with the constitutionality of statutes and others that are incredible fact intensive, such as the district court's admission of excessive bad act evidence and challenges to the *voir dire* process and seating of unqualified jurors.

24. Critically, the district court issued a 103-page decision denying Defendant's post-trial motions which reflects the level of complexity raised by this case.

25. Defendant is serving a 30 year sentence of imprisonment which is tantamount to a life sentence for a person his age. He is entitled to have all meritorious issues raised before this Court and competently presented to this Court.

26. Given the uniqueness of this case, the complexities of the issues presented on appeal, nothing less than 25,000 words will allow undersigned counsel to discharge her constitutional obligations to the Defendant.

27. The government has no objection to Mr. Kelly's oversized motion request.

25. For the reasons set forth above, undersigned counsel seeks an order granting Mr. Kelly's motion to file an oversized brief in the amount of 25,000 words.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed: April 18, 2023  /s/ JENNIFER BONJEAN
JENNIFER BONJEAN

BONJEAN LAW GROUP PLLC
750 Lexington Avenue, 9th Floor
New York, NY 10022
718-875-1850
Jennifer@bonjeanlaw.com